AMERICAN EXPRESS CO., RESPONDENT, *v.* HARRINGTON
ET AL., APPELLANTS.

(No. 3,818.)

(Submitted November 8, 1917. Decided November 26, 1917.)

[169 Pac. 466.]

(For syllabus, see *Wells Fargo & Co.* v. *Harrington et al.,
ante,* p. 235.)

*Appeal from District Court, Silver Bow County; J. B. Mc-
Clernan, Judge.*

INJUNCTION by the American Express Company against John
J. Harrington, County Treasurer of Silver Bow County, and
another. From a judgment in favor of plaintiff, the defendants
appeal. Affirmed.

*Mr. J. B. Poindexter,* Attorney General, and *Mr. M. F. Can-
ning,* County Attorney of Silver Bow County, for Appellants,
submitted a brief; *Mr. Frank Woody,* Assistant Attorney Gen-
eral, argued the cause orally.

*Messrs. Kremer, Sanders & Kremer,* for Respondent, sub-
mitted a brief; *Mr. Louis P. Sanders* argued the cause orally.

MR. JUSTICE HOLLOWAY delivered the opinion of the
court.

For all practical purposes of this appeal, the facts of this case
are identical with those in *Wells Fargo & Co.* v. *Harrington,
ante,* p. 235, 169 Pac. 463, just decided, and upon the authority
of that case the judgment herein is affirmed.

*Affirmed.*

MR. CHIEF JUSTICE BRANTLY and MR. JUSTICE SANNER concur.